```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GEORGE GONZALES

                Plaintiff,

- against -

JASON GRENFELL-GARDNER, et al.,

                Defendants.

**20 Civ. 5448 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

     On April 27, 2023, the Court received a letter from counsel for Teligent, the nominal defendant in the above-captioned matter, requesting a pre-motion conference regarding its anticipated motion for an order to (a) realign Teligent as the plaintiff in this matter, and (b) substitute the Plan Administrator in place of Teligent as the real party in interest under Federal Rule of Civil Procedure 25(c). (See Dkt. No. 16.) Upon review of the letter, the Court does not find that a pre-motion conference is warranted. The Court hereby directs counsel for Teligent to file its proposed motion for the relief requested.

**SO ORDERED.**

Dated:    2 May 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.