USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE GONZALES, Derivatively on Behalf of Nominal Defendant TELIGENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> JASON GRENFELL-GARDNER, STEVEN KOEHLER, CAROLE BEN-MAIMON, JOHN CELENTANO, BHASKAR CHAUDHURI, JAMES C. GALE, and THOMAS J. SABATINO, JR., <br><br> Defendants, <br><br> -and- <br><br> TELIGENT, INC., <br><br> Nominal Defendant. | Case No. 20-cv-5448-VM <br><br> ORDER TO REALIGN AND SUBSTITUTE |

WHEREAS, on May 9, 2023, Alfred T. Giuliano (the "Plan Administrator"), in his capacity as Plan Administrator for nominal defendant Teligent, Inc. (now known as VJGJ, Inc.) ("Teligent"), moved for an order (i) realigning Teligent as the plaintiff in this action to directly pursue claims brought derivatively on its behalf and (ii) substituting the Plan Administrator in place of Teligent as the real party in interest under Federal Rule of Civil Procedure 25(c); and the Court having read and considered the accompanying Memorandum of Law, Declaration of Elizabeth Viele, and exhibit in support; and for good cause shown;

NOW, THEREFORE, IT IS HEREBY ORDERED, this 10th day of May, 2023, that:

1. The Motion to Realign and Substitute Party is GRANTED.

2. Nominal Defendant Teligent is realigned as the plaintiff to pursue the claims formerly brought derivatively on behalf of Teligent directly.

3. The Plan Administrator is substituted in place of Teligent as the real party in interest.

4. The Clerk of Court is directed to amend the caption of this action so it is captioned hereinafter as follows:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALFRED T. GIULIANO,<br>as Plan Administrator for VJGJ, Inc.<br>(f/k/a Teligent, Inc.),<br><br>    Plaintiff,<br><br> -against-<br><br>JASON GRENFELL-GARDNER, STEVEN KOEHLER, CAROLE BEN-MAIMON, JOHN CELENTANO, BHASKAR CHAUDHURI, JAMES C. GALE, and THOMAS J. SABATINO, JR.,<br><br>    Defendants. | Case No. 20-cv-5448-VM |

DATED:   5/10/2023  
     New York, New York

_____  
THE HONORABLE VICTOR MARRERO  
UNITED STATES DISTRICT JUDGE