```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALFRED T. GIULIANO,<br>as Plan Administrator for VJGJ, Inc.<br>(f/k/a Teligent, Inc.),<br><br>    Plaintiff,<br><br> -against-<br><br>JASON GRENFELL-GARDNER, STEVEN KOEHLER, CAROLE BEN-MAIMON, JOHN CELENTANO, BHASKAR CHAUDHURI, JAMES C. GALE, and THOMAS J. SABATINO, JR.,<br><br>    Defendants. | Case No. 20-cv-5448-VM<br><br>**[PROPOSED]** ORDER TO TRANSFER VENUE |

WHEREAS, on July 14, 2023, Alfred T. Giuliano (the "Plaintiff"), in his capacity as Plaintiff in the above-captioned case and in his capacity as Plan Administrator for Teligent, Inc. (now known as VJGJ, Inc.), moved for an order to transfer venue of this case to the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 1404 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (the "Standing Order");

WHEREAS, all defendants consented to such transfer while reserving any rights to seek remand and/or abstention;

WHEREAS, the Court having read and considered the accompanying Memorandum of Law; any response filed thereto and for good cause shown;

ACCORDINGLY, it is hereby

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, the efficient management of this Court's docket, and with the given consent of the

parties, the Clerk of Court is directed to transfer this case to the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. Section 1404(a) and the Standing Order.

**SO ORDERED:**

DATED:  July 18, 2023
New York, New York

_____
Victor Marrero
U.S.D.J.